IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HELM and STEVEN LACY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES A. PALO, JR. | : | NO. 14-6528 |

<u>ORDER</u>

AND NOW, this 3rd day of February, 2015, upon consideration of plaintiffs' complaint, defendant's motion to dismiss (docket entry #5), and plaintiffs' response in opposition thereto, and based on the reasoning set forth in our Memorandum issued this day in this case, it is hereby ORDERED that:

1. Defendant's motion to dismiss (docket entry #5) is GRANTED;

2. Plaintiffs' complaint is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.